UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE CASEY, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:17-CV-1099 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| CAPITAL MANAGEMENT SERVICES, LP, | : | |
|     Defendant | : | |

**ORDER**

**AND NOW, THIS 18TH DAY OF AUGUST, 2017**, upon consideration of Plaintiff's notice of settlement, which states that "[t]he parties have resolved the matter" and "[s]ettlement is expected to be complete within 45 days," (Doc. 5), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days from the date of this Order, to reinstate the action if the settlement is not consummated.

2. Plaintiff's motion to remand to state court, (Doc. 4), is **DISMISSED** as **MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                    /s/ William J. Nealon
                                                  United States District Judge